FILED

JUN 0 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for UNITED STATES OF AMERICA

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:12-mj-00134 EFB

12                       Plaintiff,       **STIPULATION AND PROPOSED
                                          ORDER TO CONTINUE
13 v.                                     PRELIMINARY HEARING AND
                                          FOR EXCLUSION OF TIME**
14 ROBERT EDWARD MULREADY,
                                          **[18 U.S.C. § 3161]**
15                       Defendant.

16 _____

17

18       IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd

19 Pickles, counsel for the plaintiff United States of America, and defendant Robert Edward Mulready,

20 by and through his counsel Donald Heller, Esq., that good cause exists to extend the preliminary

21 hearing currently set for June 11, 2012, at 2:00 p.m. to July 2, 2012, at 2:00 p.m. pursuant to Federal

22 Rule of Criminal Procedure 5.1(d).

23       Good cause exists to extend the time for the preliminary hearing within meaning of Rule

24 5.1(d) because discovery has and will be provided to the defense and counsel for defendant will need

25 time to review the materials.  The United States represents that there is a significant amount of

26 additional discoverable material from three search warrants served at locations alleged to be

27 associated with the defendant that will need to be examined by defense counsel.  As a result, the

28 defendant agrees that a continuance of the preliminary hearing date will not prejudice him as it will

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

1

1  allow his counsel the opportunity to understand the nature and scope of the evidence in this case in

2  order to prepare an effective defense.  Defendant is out of custody.

3        Counsel further stipulate that an exclusion of time from June 11, 2011, to July 2, 2012, is

4  appropriate under the Speedy Trial Act because the United States has and will be providing pre-

5  indictment discovery and defense counsel will need time to obtain and review that discovery.  As a

6  result, counsel for both parties stipulate that the ends of justice are served by the Court excluding

7  such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in

8  a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective

9  preparation, taking into account the exercise of due diligence under 18 U.S.C.

10  § 3161(h)(7)(B)(iv).  Therefore, time should be excluded from computation under the Speedy Trial

11  under 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

12

13  DATED: June 4, 2011

                                               BENJAMIN B. WAGNER
                                               United States Attorney

14

15                                                 */s/ Todd Pickles*
                                             TODD A. PICKLES
                                             Assistant U.S. Attorney

16

17

DATED: June 4, 2011

18

19                                               */s/ Todd Pickles for*
                                             DONALD HELLER
                                             Counsel for defendant Robert MULREADY

20

21

22

23

24

25

26

27

28

2

1

**[PROPOSED] ORDER**

2        Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY

3   ORDERED that:

4        1.        The Court finds good cause to extend the Preliminary Hearing currently set for June

5   11, 2011, to July 2, 2012, at 2:00 p.m., before Magistrate Judge Kendall J. Newman, pursuant to

6   Federal Rule of Criminal Procedure 5.1(d); and

7        2.        Based upon the above representations and stipulation of the parties, the Court further

8   finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy

9   trial.  Accordingly, time under the Speedy Trial Act shall be excluded through July 2, 2012, pursuant

10  to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

11        IT IS SO ORDERED.

12  DATED: 6/4/12

_____
DALE A. DROZD
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time