BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-mj-00134 EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUSION OF TIME** |
| v. | |
| ROBERT EDWARD MULREADY, | **[18 U.S.C. § 3161]** |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Pickles, counsel for the plaintiff United States of America, and defendant Robert Edward Mulready, by and through his counsel Donald Heller, Esq., that good cause exists to extend the preliminary hearing currently set for July 2, 2012, at 2:00 p.m. to July 30, 2012, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because additional discovery has been provided to the defense and counsel for defendant will need time to review the materials. As a result, the defendant agrees that a continuance of the preliminary hearing date will not prejudice him as it will allow his counsel the opportunity to understand the nature and scope of the evidence in this case in order to prepare an effective defense. Defendant is out of custody.

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

1

1  Counsel further stipulate that an exclusion of time from July 2, 2012, to July 30, 2012, is
2  appropriate under the Speedy Trial Act because the United States has provided pre-indictment
3  discovery and defense counsel will need time to review that discovery.  As a result, counsel for both
4  parties stipulate that the ends of justice are served by the Court excluding such time and outweigh
5  each defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that
6  counsel for each defendant may have reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, time should
8  be excluded from computation under the Speedy Trial under 18 U.S.C. § 3161(h)(7)(A) (Local Code
9  T4).

DATED: June 18, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

DATED: June 18, 2012

*/s/ Todd Pickles for*
DONALD HELLER
Counsel for defendant Robert MULREADY

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

2

1
2                                    **ORDER**

3       Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY
4  ORDERED that:
5       1.      The Court finds good cause to extend the Preliminary Hearing currently set for July 2,
6  2011, to July 30, 2012, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d); and
7       2.      Based upon the above representations and stipulation of the parties, the Court further
8  finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy
9  trial.  Accordingly, time under the Speedy Trial Act shall be excluded through July 30, 2012,
10 pursuant to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).
11      IT IS SO ORDERED.
12 DATED: June 20, 2012                        /s/ Gregory G. Hollows
13                                             _____
                                               United States Magistrate Judge

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

3