DONALD H. HELLER, SBN 55717
DONALD H. HELLER
A Law Corporation
701 University Avenue, Suite 100
Sacramento, CA  95825
Telephone:    (916) 974-3500
Facsimile:     (916) 520-3497

Attorneys for Defendant
ROBERT EDWARD MULREADY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case 2:12-cr-00273-GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO EXTEND |
| | ) | SCHEDULE TO FILE MOTIONS, |
| vs. | ) | AND BRIEFING SCHEDULE AND |
| | ) | ORDER |
| | ) | |
| ROBERT EDWARD MULREADY, | ) | |
| DUANE PATRICK PETERSEN, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Robert Mulready and the United States of America, by and through counsel of record, hereby stipulate as follows:

1. On October 26, 2012, the Court set a motions schedule as follows: Motions due 12/20/12; opposition due 2/8/13; reply due 2/15/13; and a Motion Hearing set for 3/1/2013 at 09:00 AM.

2. The defendant and the government has entered into settlement negotiations and the defendant to date has not received discovery of certain evidence pertaining to a search at a Federal Express location on or about May 4, 2012, in Sacramento, California.

3. Accordingly, in the interest of judicial economy and the parties effort to negotiate a resolution of this matter the parties have agreed to change the motion schedule as follows:

1    4.   All motions to be filed by February 1, 2013; opposition due by March 5, 2013; reply due March 19, 2013, and a Motion Hearing to be heard on April 19, 2013 at 9:00 AM.

5.   Time for commencement of trial under the Speedy Trial Act, 18 U.S.C. §§ 3161, et.seq. for the time period from [Date of the filing of this stipulation] to April 19, 2013, is deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial as reflected by the averments in this stipulation.

Dated: December 10, 2012             /s/ Donald H. Heller
                                     DONALD H. HELLER, ESQ.
                                     Attorney for Defendant
                                     ROBERT EDWARD MULREADY

Dated: December 10, 2012             /s/ Todd A. Pickles
                                     TODD A. PICKLES, ESQ.
                                     Assistant U.S. Attorney
                                     Attorney for the United States

## ORDER

GOOD CAUSE APPEARING, based on the above stipulation, it is hereby ordered that the previous motion scheduled is hereby vacated and the following motion schedule is hereby ordered as follows: All motions to be filed by February 1, 2013; opposition due by March 5, 2013; reply due March 19, 2013, and a Motion Hearing to be heard on April 19, 2013 at 9:00 AM.

It is further ordered that thetime for commencement of trial under the Speedy Trial Act, 18 U.S.C. §§ 3161, et.seq. for the time period from [Date of the filing of this stipulation] to April 19, 2013, is deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial as reflected by the averments in this stipulation.

1   Date:  **12/11/2012**

2   _____
3   GARLAND E. BURRELL, JR.
    Senior United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

**Stipulation to Extend Schedule to File Motions**  **Case No. 2:12-cr-00273-GEB**
**And Hearing Date and Proposed Order**