1  DONALD H. HELLER, SBN 55717
   DONALD H. HELLER
2  A Law Corporation
3  701 University Avenue, Suite 100
   Sacramento, CA  95825
4  Telephone:    (916) 974-3500
   Facsimile:    (916) 520-3497
5
6  Attorneys for Defendant
   ROBERT EDWARD MULREADY
7
8             IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA       )   Case 2:12-cr-00273-GEB
                                  )
12     Plaintiff,                 )
                                  )   **STIPULATION TO ADD A**
13                                )   **SPECIAL CONDITION OF**
    vs.                           )   **RELEASE AND [PROPOSED]**
14                                )   **ORDER**
                                  )
15 ROBERT EDWARD MULREADY,        )
16 DUANE PATRICK PETERSEN,        )
                                  )
17     Defendants.                )
18 _____)

19     Defendant Robert Mulready and the United States of America, by and through counsel of
20 record, hereby stipulate as follows:
21     Based on the recommendation of Stephen J. Sheehan, the defendant's U.S. Pretrial
22 Services Officer that the defendant abstain from alcohol or use of any narcotic drugs and that a
23 Special Condition of Release be added to the currently existing conditions of release imposed on
24 May 29, 2012, Docket Number 5, in the language as proposed by Mr. Sheehan, to wit,
25     **You shall participate in a program of medical or psychiatric treatment, including**
26 **treatment for drug or alcohol dependency, as approved by the pretrial services officer.**
27 **You shall pay all or part of the costs of the counseling services based upon your ability to**
28 **pay, as determined by the pretrial services officer;**

**You shall refrain from ANY USE of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.**

Dated:  March 22, 2013 /s/ Donald H. Heller
DONALD H. HELLER, ESQ.
Attorney for Defendant
ROBERT EDWARD MULREADY

Dated: March 22, 2013 /s/ Todd A. Pickles
TODD A. PICKLES, ESQ.
Assistant U.S. Attorney
Attorney for the United States

### ORDER

GOOD CAUSE APPEARING, based on the above stipulation, it is hereby ordered that the Conditions of Release is hereby modified by adding the following Special Condition of Release:

**You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

**You shall refrain from ANY USE of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.**

3/25/13

GARLAND E. BURRELL, JR.
Senior United States District Judge

-2-

Stipulation Adding a Special Condition of Release and Proposed Order

Case No. 2:12-cr-00273-GEB