UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT MULREADY,<br><br>        Defendant. | No. 2:12-cr-00273-GEB<br><br>**ORDER DENYING REQUEST FOR EARLY RELEASE FROM PROBATION** |

        Federal probationer Robert Mulready ("Mulready"), proceeding in propria persona, filed a request for early release from probation on December 4, 2017. ECF No. 83. However, Mulready has not shown that he has presented the request to his assigned Probation Officer. The Probation Officer "is an arm of the court [and] is a liaison between the sentencing court ... and the defendant . . . [on] supervised release . . . " or on probation. (internal quotes omitted) (citing United States v. Ruiz, 580 F.2d 177, 178 (5th Cir. 1978); United States v. Davis, 151 F.3d 1304, 1306-1307 (10th Cir. 1998)). Since Mulready has not shown that he has made the request to his Probation Officer, he has not shown that it ripe for judicial consideration. Therefore, the request is denied.

Dated: December 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge